DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRITZ RAYMONVIL,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION,** As Trustee, Successor In Interest
To **BANK OF AMERICA, NATIONAL ASSOCIATION,** As Trustee For
**MERRILL LYNCH MORTGAGE INVESTORS TRUST,** Mortgage Loan
Asset-Backed Certificates, Series 2006-WMC2,
Appellee.

No. 4D20-376

[October 22, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Roger B. Colton, Judge; L.T. Case No. 50-2018-CA-014424-
XXXX-MB.

Philippe Symonovicz of the Law Offices of Philippe Symonovicz, Fort
Lauderdale, for appellant.

Nancy M. Wallace of Akerman LLP, Tallahassee; and William P. Heller
of Akerman LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN, JJ., and FRINK, KEATHAN, Associate Judge, concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***